FILED

SEP 21

RICHARD W.
CLERK, U.S. DIS...
NORTHERN DISTR...
...RNIA

KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6960

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 3 05 70696 BZ |
| Plaintiff, | PARTIES' STIPULATION AND PROPOSED ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT AND WAIVING TIME UNDER THE SPEEDY TRIAL ACT AND FRCP 5.1 |
| v. | |
| NANCY KHARSA, | |
| Defendant. | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties initially appeared on the complaint in this matter on September 7, 2005, and the preliminary hearing/arraignment date was set for September 27, 2005.

2. The parties appeared on September 9, 2005 and again on September 14, 2005 for identification of defense counsel. At the September 14, 2005 hearing, the parties requested that the preliminary hearing/arraignment date be continued from September 27, 2005 until October 18, 2005.

3. The parties requested an exclusion of time from September 27, 2005 through October 18, 2005, based upon effective preparation of defense counsel, as well as upon continuity of counsel in that counsel for the Government will be out of the country during the week of September 26,

STIPULATION AND PROPOSED ORDER
NO. 3 05 70677 BZ

1  2005. The parties moved that this same time period be excluded from the calculation of time
2  under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1.
3      4. In light of the foregoing facts, the failure to grant the requested exclusion would
4  unreasonably deny counsel for the defense the reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence, and would deny the Government
6  continuity of counsel. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be
7  served by the Court excluding the proposed time period. These ends outweigh the best interest of
8  the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A). In addition, the
9  Defendant consents and there is good cause to extend time under Rule 5.1.
10     6. For the reasons stated, the time period from September 27, 2005 through October 18, 2005
11 shall be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of
12 Criminal Procedure 5.1.

SO STIPULATED.

DATED: 9/14/05

Respectfully Submitted,

/s/
MICHELLE MORGAN-KELLY
Assistant United States Attorney

DATED: 9/19/05

/s/
GEOFFREY HANSEN
Counsel for Defendant Nancy Kharsa

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/21/05

HON. JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER
NO. 3 05 70677 BZ

2