KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6960

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY KHARSA,<br><br>    Defendant.<br>_____ | No.:  CR 3 05 70696 BZ<br><br>PARTIES' STIPULATION AND PROPOSED ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT AND WAIVING TIME UNDER THE SPEEDY TRIAL ACT AND FRCP 5.1 |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties appeared on October 18, 2005 for the preliminary hearing or arraignment in this matter.

2. At that time, the parties requested that the matter be continued until November 15, 2005 at 9:30 a.m. before the duty magistrate judge, and requested an exclusion of time from October 18, 2005 through November 15, 2005, based upon effective preparation of defense counsel.  The parties moved that this same time period be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1.

3.  In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective

STIPULATION AND PROPOSED ORDER
NO. 3 05 70696 BZ

1   preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(A),

2   (B)(iv).  The ends of justice would be served by the Court excluding the proposed time period.

3   These ends outweigh the best interest of the public and the defendant in a speedy trial.  See id. §

4   3161(h)(8)(A).  In addition, the Defendant consents and there is good cause to extend time under

5   Rule 5.1.

6        4.  For the reasons stated, the time period from October 18, 2005 through November 15, 2005

7   shall be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of

8   Criminal Procedure 5.1.

9        SO STIPULATED.

10  DATED:       10/19/05                    Respectfully Submitted,

11

12
                                            _____/s/_____
13                                          MICHELLE MORGAN-KELLY
                                            Assistant United States Attorney
14
    DATED:       10/20/05
15
                                            _____/s/_____
16                                          GEOFFREY HANSEN
                                            Counsel for Defendant Nancy Kharsa
17

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20
    DATED:  October 21, 2005
21
                                            _____
                                            HON. _____ . Vadas
22                                          United States _____

23

24

25

26

27

28  STIPULATION AND PROPOSED ORDER
    NO. 3 05 70696 BZ                    2