| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | MICHELLE MORGAN-KELLY (DEBN 3651)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6960 |
| 7 | |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 3 05 70696 BZ |
| Plaintiff, | ) ) | PARTIES' STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT AND WAIVING TIME UNDER THE SPEEDY TRIAL ACT AND FRCP 5.1 |
| v. | ) ) | |
| NANCY KHARSA, | ) ) | |
| Defendant. | ) ) ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties appeared on November 15, 2005 for the preliminary hearing or arraignment in this matter before the Honorable Nandor Vadas, United States Magistrate Judge.

2. At that time, the parties requested that the matter be continued until December 8, 2005 at 9:30 a.m. before the duty magistrate judge, and requested an exclusion of time from November 15, 2005 until December 8, 2005, based upon effective preparation of counsel and continuity of government counsel. The parties moved that this same time period be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1.

3. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective

STIPULATION AND PROPOSED ORDER
NO. 3 05 70696 BZ

1  preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A),
2  (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.
3  These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §
4  3161(h)(8)(A). In addition, the Defendant consents and there is good cause to extend time under
5  Rule 5.1.

   4. For the reasons stated, the time period from November 15, 2005 until December 8, 2005
shall be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of
Criminal Procedure 5.1.

SO STIPULATED.

DATED:                                    Respectfully Submitted,

11/16/05

                                          _____
                                          MICHELLE MORGAN-KELLY
                                          Assistant United States Attorney

DATED: 11/16/05

                                          _____
                                          GEOFFREY HANSEN
                                          Counsel for Defendant Nancy Kharsa

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 18, 2005

                                          HON. [signature]
                                          United States Judge Nandor J. Vadas

STIPULATION AND PROPOSED ORDER
NO. 3 05 70696 BZ                                   2