1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
3   EUMI L. CHOI (WVBN 0722)
    Chief, Criminal Division
4
    MICHELLE MORGAN-KELLY (DEBN 3651)
    Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-6960

8   Attorneys for Plaintiff

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )    No.: CR 05-00771-PJH
                                     )
13         Plaintiff,                )    PARTIES' STIPULATION AND
                                     )    [~~PROPOSED~~] ORDER EXCLUDING
14         v.                        )    UNDER THE SPEEDY TRIAL ACT
                                     )    FROM DECEMBER 14, 2005
15  NANCY KHARSA,                    )    THROUGH JANUARY 4, 2006
                                     )
16         Defendant.                )
                                     )
17  _____)

18  The parties stipulate and agree, and the Court finds and holds, as follows:

19      1. The parties appeared before this Court on December 14, 2005 for an initial appearance and
20
    trial setting.
21
        2. At that time, the government indicated that it had filed a Notice of Related Cases seeking
22
    to relate the above-captioned case with the lower-numbered case of *United States v. Nasir*
23
    *Javaid*, No. CR-05-00770-CRB.  This Court then put this matter over until January 4, 2006 at
24
    2:30 p.m. pending the Court's consideration of the Notice.  The government moved that this
25
    same time period be excluded from the calculation of time under the Speedy Trial Act pursuant
26
    to 18 U.S.C. § 3161(h)(1)(J).
27
        3.  In light of the foregoing facts, the ends of justice would be served by the Court excluding
28

STIPULATION AND PROPOSED ORDER
NO. CR-05-00771 PJH

1   the proposed time period.  These ends outweigh the best interest of the public and the defendant

2   in a speedy trial.  *See* 18 U.S.C. § 3161(h)(8)(A).

3        4.  For the reasons stated, the time period from December 14, 2005 until January 4, 2006

4   shall be excluded from the calculation of time under the Speedy Trial Act.

5        SO STIPULATED.

6   DATED:        12/16/05                    Respectfully Submitted,

7

8

9                                   _____/s/_____
                                    MICHELLE MORGAN-KELLY
                                    Assistant United States Attorney

10

11  DATED:        12/19/05

12                                  _____/s/_____
                                    GEOFFREY HANSEN
13                                  Counsel for Defendant Nancy Kharsa

14  PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16

17  DATED:  12/30/05              _____
                                    HON. PHYLLIS J. HAMILTON
18                                  United States District Court Judge

19

20

21

22

23

24

25

26

27

28  STIPULATION AND PROPOSED ORDER
    NO. 3 05 70696 BZ                    2

<u>CERTIFICATE OF SERVICE</u>

   The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned certifies that she caused copies of

**PARTIES' STIPULATION AND [PROPOSED] ORDER EXCLUDING UNDER THE SPEEDY TRIAL ACT FROM DECEMBER 14, 2005 THROUGH JANUARY 4, 2006**

in the case of **UNITED STATES V. NANCY KHARSA, CR 05-00771 PJH** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Mr. Geoffrey Hansen**
**Public Defender's Office**
**450 Golden Gate Avenue 19th Ave**
**San Francisco, CA  94102**

  _X_  (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____  (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____  (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____(By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

   I declare under penalty of perjury that the foregoing is true and correct.

Dated:   December 16, 2005

_____
/s/
RAWATY YIM
United States Attorney's Office

STIPULATION AND PROPOSED ORDER
NO. 3 05 70696 BZ       3