KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6960
    Facsimile: (415)436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR 05-00771-CRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | PARTIES' STIPULATION AND |
| v. | ) | [PROPOSED] ORDER EXCLUDING |
| | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| NANCY KHARSA, | ) | FROM JANUARY 4, 2006 |
| | ) | THROUGH FEBRUARY 15, 2006 |
| Defendant. | ) | |
| | ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties appeared before this Court on January 25, 2006.

    2. At that time, counsel for the defendant indicated that the parties are continuing to discuss a potential resolution of the matter and requested that the matter be continued until February 15, 2006 for trial setting or change of plea.  The parties moved that this same time period be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B) for effective preparation of counsel.

    3. In light of the foregoing facts, the parties would be denied effective preparation absent the exclusion of time.  Accordingly, the ends of justice would be served by the Court excluding the proposed time period.  These ends outweigh the best interest of the public and the defendant in a

STIPULATION AND PROPOSED ORDER
NO. CR-05-00771 CRB

1  speedy trial.  *See* 18 U.S.C. § 3161(h)(8)(A).

2      4.   In addition, this matter was previously assigned to The Honorable Phyllis J. Hamilton,
3  was scheduled for a hearing before Judge Hamilton on January 4, 2006, and this hearing later
4  was vacated when this case was related to *United States v. Nasir Javaid*, CR-05-0770-CRB,
5  pending before this Court.  Accordingly, the parties requested at the January 25, 2006 appearance
6  that the three-week period from January 4, 2006 until January 25, 2006 be excluded from the
7  calculation of time under the Speedy Trial Act for administrative reasons, pursuant to 18 U.S.C.
8  § 3161(h)(8)(B).

9      5.   In light of the foregoing facts, the ends of justice would be served by the Court excluding
10 the proposed time period.  These ends outweigh the best interest of the public and the defendant
11 in a speedy trial.  *See* 18 U.S.C. § 3161(h)(8)(A).

12     6.   For all of the reasons stated, the time period from January 4, 2006 through February 15,
13 2006 shall be excluded from the calculation of time under the Speedy Trial Act.

14     SO STIPULATED.

15 DATED:      1/26/06                      Respectfully Submitted,

18                                          _____/s/_____
                                            MICHELLE MORGAN-KELLY
                                            Assistant United States Attorney

19 DATED:      1/26/06

21                                          _____/s/_____
                                            GEOFFREY HANSEN
                                            Assistant Federal Public Defender

23 PURSUANT TO STIPULATION, IT IS SO ORDERED.

25 DATED:   February 1, 2006
26                                          HON. CHARLES R. BREYER
                                            United States District Judge




28 STIPULATION AND PROPOSED ORDER
   NO. 3 05 70696 BZ                          2