IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NANCY KHARSA<br><br>　　　　　Defendant. | No. CR-05- 771 CRB<br><br>**Travel Order** |

The defendant may travel from the Northern District of California to the Central and Eastern Districts of California from Sunday, June 18 until Thursday, June 22, 2006.

Dated: 6/16/06

_____
JOSEPH C. SPERO
United States Magistrate Judge

1